IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| H.M., by her parents, B.M. and R.M., et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>HADDON HEIGHTS BOARD OF EDUCATION,<br><br>                Defendant. | Civil No. 09-4293 (NLH/AMD) |

**SCHEDULING ORDER**

      This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on November 17, 2009; and the Court noting the following appearances: Catherine M. Reisman, Esquire, appearing on behalf of the plaintiffs; and Kelly M. Estevam, Esquire, appearing on behalf of the defendant.

      IT IS this **17th** day of **November 2009**, hereby **ORDERED**:

      1. The Court will conduct a telephone status conference on **January 27, 2010 at 9:30 A.M.**. Counsel for plaintiffs shall initiate the telephone call.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            United States Magistrate Judge

cc: Hon. Noel L. Hillman