```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| H.M., by her parents, B.M. and R.M., et al.,<br><br>                     Plaintiffs,<br><br>    v.<br><br>HADDON HEIGHTS BOARD OF EDUCATION,<br><br>                     Defendant. | Civil No. 09-4293 (NLH/AMD) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on January 27, 2010; and the Court noting the following appearances:  Catherine M. Reisman, Esquire, appearing on behalf of the plaintiffs; and Joseph F. Betley, Esquire, appearing on behalf of the defendant.

IT IS this **27th** day of **January 2010,** hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **March 15, 2010 at 3:30 P.M.**.  Counsel for plaintiffs shall initiate the telephone call.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        United States Magistrate Judge

cc:  Hon. Noel L. Hillman