EXHIBIT

1

HADDON HEIGHTS PUBLIC SCHOOLS   R-31
Haddon Heights, New Jersey
LEARNING ASSESSMENT

NAME: Hailey Myers  
ADDRESS: 205 Station Avenue  
Haddon Heights, NJ  
SCHOOL: Atlantic Avenue  
GRADE: Fifth  

D.O.B.: August 25, 1996  
D.O.A.: April 2, 8, 2008  
C.A.: 11 years, 7 months  
ASSESSOR: PATRICIA T. WOODLAND, M.A.

**REASON FOR REFERRAL:**

Hailey was referred for a learning assessment in order to assess her current academic ability and functioning level to determine continued eligibly for special education and related services.

**BACKGROUND INFORMATION /REVIEW OF RECORDS:**

Hailey, an eleven year old seven month old girl, currently is in fifth grade at the Atlantic Avenue School. She has attended the Haddon Heights School District since kindergarten. Hailey is currently classified as "Eligible for special education and related services" under the category of "Specific Learning Disability" in May 2002. Hailey has never been retained. The Social Service Assessment completed by Alice Kay Morris on March 9, 2005 stated that Hailey was initially referred for evaluation due to concerns with basic reading, reading comprehension, written expression and computational math skills as a second grade student. She had received in vision therapy. A Psycho-educational Evaluation completed at Cooper (12/04) suggested a learning disability. Possible attentional difficulties were also noted. Family relationships were described as positive with a parental determination for Hailey to avoid the difficulties that her father had with reading and written expression skills. Hailey's medical history was negative. Daily living skills were described as age appropriate, but not performed with age-appropriate independence. The Psychological Assessment by Nina Mattie on February 28, 2005 indicated that the results of the WISC-IV indicated that Hailey functions in the upper end of the Average range of intelligence (FSIQ = 108). Her verbal reasoning skills were above average (VCI = 114) and better developed than her average nonverbal reasoning skills (PRI = 92). A significant deficit in visual perception as well as in visual-motor perception was suggested. Results of the Connors' Parent Report indicated clinically significant scores of inattention. However, it was questioned whether her scores may have been elevated due to a learning disability, and not primarily due to a deficit in executive functioning. Anxiety was noted in the classroom, per behavior rating scales completed by the teacher, especially pertaining to school performance issues. No difficulties with attention, hyperactivity or learning problems were noted by Mrs. Sevast. Hailey's attention in the classroom was variable, appearing adequate when visual presentation was added. Overall social/emotional development appeared age-appropriate. The Educational assessment conducted by LaBernice Messiah summarized that educationally, Hailey's overall achievement is equivalent to a 3.0 grade level, an 8.6 age level, with a standard score (SS) of 99 and a percentile rank of 47. In written language, Hailey scored at the 55th percentile, with a (SS) of 102. This places her within the average range. Diagnostically, Hailey's total mathematic skills are equivalent to a 3.6 grade level, a 9.1 age level, with a standard score (SS) of 107 and a percentile rank of 68. In total reading, Hailey scored at a 2.6 grade level, an 8.2 age level with a standard score of 97 and a percentile rank of 42. Perceptually, Hailey's overall processing, sequencing, recall and inter-sensory is intact, with preference to visual input and oral expression. Poor eye tracking and focusing negatively impacts visual input.

On the 2007 NJASK given to all New Jersey third, fourth, fifth, sixth and seventh grade public school students where scores below 200 are considered Partially Proficient, scores from 200 to 249 are considered Proficient and scores at 250 or above are considered Advanced Proficient, Hailey received a Proficient rating

on the Language Arts Literacy (229) and Advanced Proficient ratings on Mathematics (254) and Science (264) sections. On the 2006 NJASK given to all New Jersey third, fourth, fifth, sixth and seventh grade public school students where scores below 200 are considered Partially Proficient, scores from 200 to 249 are considered Proficient and scores at 250 or above are considered Advanced Proficient, Hailey received a Proficient rating on the Language Arts Literacy (217) section and Advanced Proficient ratings on Mathematics (260) section. On the 2005 TerraNova Assessment, Hailey achieved a total reading score at the 32 %ile, a total math score at the 69 %ile, and a total language score at the 60 %ile with a total test score at the 53 %ile using national norms for second grade. Review of Hailey's fifth grade report indicates A's and B's in major subjects with outstanding effort noted.

For more information, please refer to the previous CST records and the most Psychological and Social Assessments and school records.

### CLINICAL BEHAVIOR:

Hailey came willingly to the testing situations. Hailey was polite and well mannered. She appeared at ease and comfortable during the examination. Conversation was spontaneous and appropriate. Hailey used auditory feedback to organize her thoughts and ideas. Hailey appeared to have some difficulty attending to complex verbally presented information. When required to process multi-step directions, Hailey worked at a rapid pace, with little attention to detail. Hailey appeared impulsive and careless in response to test questions, but she generally persisted with difficult tasks. Motivation to perform well was high. Hailey preserved even when tired and frustrated. Hailey attempted unfamiliar tasks demonstrating patience and tolerance for tasks requiring a concentrated support. This should be viewed as valid current assessment of Hailey's academic functioning.

### INTERVENTIONS:

Prior to classification at the end of second grade, Hailey has received services of basic skills instruction in reading and math.

### ASSESSMENT INSTRUMENTS:

Woodcock-Johnson III Tests of Achievement-Form A
Gray Oral Reading Test- Diagnostic-Paragraph Reading subtest
Review of Records
Student Interview
Informal Observations and Assessments

### TEST PERFORMANCE AND INTERPRETATION:

Academic achievement was assessed in reading, mathematics, written language, oral language and academic knowledge. Hailey's performances on WJ-III assessment instruments are based upon her age. The standard score scale used on the WJ-III is based on a mean of 100 with a standard deviation of 15, with scores 90 to 110 falling within the average range. Percentile ranks describe performance on a scale from 1 to 99. The percentile rank indicates the percentage of the norm group who had the same or below a specific raw score. For example, a percentage rank of 50 indicates achievement above that of 50 percent of the students at the same age. Percentage ranks between 25 and 75 are considered falling within the average range. Hailey's

proficiency is described categorically, ranging from low to superior; her test performance can be generalized to similar, non-test, age-level tasks. Additional interpretation of academic task performance is provided.

### Oral Language:

Hailey's sampling of spontaneous oral language indicated little difficulty with vocabulary, and word retrieval, syntax and grammar. The WJ-III Oral Language Extended cluster is a measure of linguistic competency, listening ability, expressive vocabulary, reasoning, listening comprehension and memory. Hailey's overall oral language standard score is within the average range (standard score of 101, percentile rank of 54). On the WJ-III Oral Expression cluster, which measures linguistic competency and expressive vocabulary, Hailey received an average rating with a standard score of 103 (standard score range of 93-112) and a percentile rank of 57. The WJ-III Listening Comprehension cluster assesses listening ability and verbal comprehension. Hailey's standard score is within the average range (percentile rank of 50; standard score range of 91 to 109) for her age. On the WJ-III Story Recall, Hailey received an above average rating with a standard score of 116 (standard score range of 102-113) with a percentile rank of 85. The WJ-III Understanding Directions subtest consists of listening to sequence of audio-recorded instructions and following the directions by pointing to objects in a picture. The tasks increase in both linguistic complexity as well as number of items to perform. On the WJ-III Understanding Directions subtest, Hailey attained a low average-average rating with a standard score of 90 (standard score range of 79-102) and a percentile rank of 25. On the WJ-III Picture Vocabulary subtest where the subject identifies pictures, Hailey received average rating at the forty-fourth percentile with a standard score of 98 (standard score range of 88-107). The WJ-III Oral Comprehension subtest measures the ability to listen to a short tape-recorded passage and to verbally supply the word missing at the end of the passage. Hailey attained an average rating with a standard score of 107 (standard score range of 97-117) and a percentile rank of 68.

### Written Language:

When Hailey is required to express herself using a written format, she displayed overall average ability. Measured was the ability to respond in writing to a variety of questions requiring the knowledge of punctuation, capitalization, spelling and usage and her skill in writing responses to fit certain situations. Her standard score is within the average range for her age. Hailey's WJ-III Broad Written Language cluster score was within the average range with a corresponding percentile rank of 43 and a standard score of 97 (standard score range of 90-104). Written Expression measures Hailey's fluency of production and quality of expression in writing. Hailey's Written Expression standard score is within the average range (percentile rank of 49; standard score range of 90 to 109) for her age. Hailey's overall ability to express herself in writing is average; writing tasks at the age level should be manageable. Hailey's score on WJ-III Writing Samples was within the low average to average range with a percentile rank of 30 and a standard score of 92 (standard score range of 82-102). This subtest is not scored for spelling or punctuation errors. Hailey's writing samples contained sentences that displayed adequately developed ideas with some elaboration. Her word choices were adequate. Hailey's writing displayed adequate grammar, word usage, with adequate sentence length and structure that were adequately organized with no digression from the main idea. The WJ-III Editing subtest measures the ability to identify and correct spelling, punctuation, and word usage errors in written passages. Hailey's performance on the Editing subtest was within the average range with a standard score of 101 (standard score range of 92-109) and a percentile rank of 52. The WJ-III Punctuation and Capitalization subtest measures and individual's ability to punctuate or capitalize written words, phrases and sentences correctly. On this subtest, Hailey received an average rating with a standard score of 96 (standard score range of 86-106) and a percentile rank of 39. Hailey's score on the WJ-III Spelling subtest was within the low average to average range of development with a standard score of 95 (standard score range of 87-102) and a percentile rank of 36. The WJ-III Writing Fluency subtest measures the ability to formulate and write simple sentences quickly. She was required to write sentences relating to a given stimulus picture that includes a set of three words. This test had a 7-minute time limit. Hailey's score on this subtest was within

the average range with a percentile rank of 71 and a standard score of 108 (standard score range of 95-122). Hailey's <u>Basic Writing Skills</u> standard score is within the average range (percentile rank of 44; standard score range of 87 to 109) for her age. Hailey's punctuation and capitalization skills are average.

Reading:

    Hailey's performance on the <u>WJ-III Broad Reading</u> cluster fell within the average range with a standard score of 100 (standard score range of 93-102) and a percentile rank of 43. Specific skills assessed were sight vocabulary, reading decoding skills, reading speed and reading comprehension skills. Hailey would misread a word and was asked to look at the component that she misread (such as vowels, suffixes, prefixes); she was able to correctly read the word. For example, she read "*promoting*" as "*promitting*." When asked what the vowel was in the second syllable, she read "*promoting*." She read "*entertainment*" as "*entertaining*." She was able to correct herself when asked to look at the whole word again. The <u>WJ-III Reading Comprehension</u> cluster measures comprehension, vocabulary, reasoning, and her ability to comprehend connected discourse while reading. Hailey's <u>Reading Comprehension</u> standard score is within the average range (percentile rank of 51; standard score range of 92 to 109) for her age. The <u>WJ-III Letter-Word Identification</u> subtest measures a subject's word identification skills. Hailey was not required to know the meaning of any word. She received a standard score of 96 (standard score range of 92-101) with a percentile rank of 41 on this subtest indicating low average to average development. The <u>WJ-III Reading Fluency</u> subtest measures the ability to quickly read simple sentences, decide if the statement is true or not and circle Yes or No in the test booklet. Hailey received an average rating on the <u>Reading Fluency</u> subtest with a standard score of 106 (standard score range of 99-113) with a percentile rank of 66. The <u>WJ-III Passage Comprehension</u> subtest measures the ability to study short passages with key words missing and determine appropriate word that makes sense in the context of the passages. Her standard score is within the average range (percentile rank of 49; standard score range of 91 to 109) for her age. On the <u>WJ-III Reading Vocabulary</u> subtest where the subject is required to read a word and supply either the appropriate antonym or synonyms as required and to read three words of an analogy and appropriately complete the analogy, Hailey received a standard score of 101 (standard score range of 92 to 109) with a percentile rank of 52, indicating average ability. The <u>WJ-III Word Attack</u> subtest measures the ability to apply phonic and structural analysis skills to the pronunciation of unfamiliar printed words. Hailey's performance on the <u>Word Attack</u> subtest fell within the low average to average range with a standard score of 91 (standard score range of 86-96) and a percentile rank of 27. The <u>Basic Reading Skills</u> cluster includes the ability to identify sight vocabulary and to apply phonic and structural analysis skills. Hailey's <u>Basic Reading Skills</u> standard score is within the low average to average range (percentile rank range of 26 to 42; standard score range of 90 to 97) for her age. The <u>WJ-III Phoneme/Grapheme Knowledge</u> cluster measures a subject's proficiency with both phonic generalizations, frequently occurring letter clusters found in both reading decoding and spelling. Hailey received a low average to average rating with a standard score of 92 (standard score range of 87-97) and a percentile rank of 29. Hailey's knowledge of phoneme-grapheme relationships is low average to average. Specifically, her ability to spell nonwords is average. Her ability to pronounce nonwords is low average to average. The <u>WJ-III Spelling of Sounds</u> measured Hailey's spelling ability, particularly phonological and orthographical coding skills. The test items required her to listen to an audio recording and then spell letter combinations that are regular patterns in English spelling. The items are non-words or low-frequency words. Hailey received an average rating on this subtest with a standard score of 94 (standard score range of 84-105) and a percentile rank of 35. The <u>WJ-III Sound Awareness</u> subtest measured Hailey's awareness of phonology. Four components were administered: <u>Rhyming</u>, <u>Deletion</u>, <u>Substitution</u>, and <u>Reversal</u>. The initial items of the <u>Rhyming</u> section required only a pointing response. The remaining items required her to provide a word that rhymes with the stimulus that is presented orally. The <u>Deletion</u> section required Hailey to remove part of a compound word or a letter sound from a word to make a new word. The <u>Substitution</u> section required her to substitute a word, a word ending, or a letter sound to create a new word. The <u>Reversal</u> section required Hailey to first reverse parts of compound words and then reverse letter sounds of words to create new words. Hailey received an average to above average rating on this subtest with a standard score of 110 (standard score range of 95-106) and a percentile rank of 76.

The Gray Oral Reading Tests – Diagnostic edition measures a student's strengths and weaknesses in the areas related to reading. On the Paragraph Reading subtest, a series of graded passages are read aloud by the student. The examiner records the number of deviations from print that are made and notes the time in seconds that it takes to read the passage. Two scores, rate and accuracy, are derived from this procedure. In addition, comprehension questions are asked, and the comprehension score is added to the rate and accuracy scores to derive a paragraph reading score. On the Paragraph Reading subtest, Hailey received a standard score of 8, a percentile rank of 25 and a grade equivalent of 5.0, which places her within the average range. Many of Hailey's miscues consists of vowel sound confusion (fire/fierce), words that have more than one pronunciation (present/present, live/live). While Hailey experienced difficulty with oral fluency accuracy, her comprehension of the stories was not significantly impacted. Hailey appeared to understand what had occurred in the story. When redirected to read a word, Hailey was able to self correct on 90 % of the words presented. When reminded to use the phonetic rule, she was able to appropriately read the word. Accuracy improved when Hailey was directed to take her time and look at the words carefully.

### Mathematics:

The Broad Math cluster is a measure of math achievement including problem solving, number facility, automaticity, and reasoning. On the WJ-III Broad Math cluster, Hailey achieved a low average to average rating with a percentile rank of 26 and a standard score of 90 (standard score range of 85-96). The WJ-III Calculations cluster measures computational skills and automaticity with basic math facts. Hailey's academic achievement is in the low average to average range in Math Calculation Skills (computational skills and automaticity with basic math facts). Her standard score is within the low average to average range (percentile rank of 19; standard score range of 78 to 96) for her age. The WJ-III Mathematics Reasoning cluster includes mathematical knowledge and reasoning. Hailey's overall mathematics reasoning standard score is within the low average to average range with a standard score of 93 (standard score range of 87-98) with percentile rank of 32. The WJ-III Math Fluency subtest measures the ability to solve simple addition, subtraction and multiplication facts quickly. Hailey received an average rating on this subtest with a standard score of 97 (standard score range of 91-103) and a percentile rank of 42. The WJ-III Applied Problems subtest assesses the ability to analyze and solve math problems by listening to the problem, recognizing the procedure to be followed, discard any extraneous information and perform the calculations. On this subtest, Hailey demonstrated low average to average ability with a standard score of 93 (standard score range of 86-99) with a percentile of 32. Hailey experienced no difficulty on the Quantitative Concepts subtest of the Woodcock-Johnson-III where she was required to use mathematical concepts, symbols and vocabulary. She received a standard score of 93 (standard score range of 83-103) and a percentile rank of 31. Her performance indicates low average-average functioning in this area.

Hailey's calculation errors appeared due to her haste in performing work. She solved 17-9 as 12 but was able to correct. Initially she solved 8 x 5 as 50, was able to correct to 40, but she correctly multiplied 13 x 7. She did not pay careful attention to the operational signs. She added when she should have subtracted (2/3-1/3 = 1, 7/8-2/8=1 1/8). She was able to correct her work when asked to review for accuracy. These corrections were not used in the scoring. If the corrected scores were used on the WJ-III Broad Math cluster, she would have received an average rating with a percentile rank of 48 and a standard score of 99 (standard score range of 93-105) and an average rating on the WJ-III Calculations cluster with a standard score of 107 (standard score range of 99-116) and a percentile rank of 69.

### Overall Achievement:

The WJ-III Academic Skills cluster is a measure of reading decoding, math calculation and spelling providing an overall level of basic achievement skills. Hailey received an average rating with a standard score of 93 (standard score range of 88-98) with a percentile of 32. Specifically, her sight reading ability and spelling are average. Her math calculation skill is low average to average. The WJ-III Academic Fluency cluster combines an individual's performance on the reading, writing, and math fluency subtest providing an

overall index of academic fluency with a school setting. Hailey received an overall average rating with a standard score of 106 (standard score range of 99-112) and a percentile rank of 64. The fluency with which Hailey performs academic tasks is average to advanced. For example, her fluency with reading and writing tasks is average to advanced. Her fluency with mathematics problems is average. The <u>WJ-III Academic Applications</u> cluster measures a student's ability to apply academic skills to academic problems. Hailey received an average rating with a standard score of 94 (standard score range of 88-100) and a percentile rank of 33. Hailey's ability to apply her academic skills is average. In particular, her passage comprehension ability and writing ability are average. Her quantitative reasoning is low average to average. The <u>WJ-III Academic Knowledge</u> includes science knowledge, social studies knowledge, and cultural knowledge. Hailey's standard score is within the average range (percentile rank of 60; standard score range of 94 to 113) for her age.

### FUNCTIONAL ASSESSMENTS and SELF-REPORT OF LEARNING CHARACTERISTICS:

On informal survey of study skills, Hailey reported that she is able to gather information from reading class textbooks, observing others, audiotapes, audiovisual materials, asking questions, concrete experiences, role-playing and group discussion but not from listening to course lectures or reading directions. She noted that reading comprehension does not present problems for her but oral reading does. Hailey reported that she has no difficulty setting up word problems in math and in solving the actual computations. She felt that she has no trouble expressing ideas precisely in writing. Hailey reported that she has difficulty becoming motivated to start work, following oral direction, understanding abstract concepts, finding the exact word to express herself orally, and sounding out unfamiliar words. She noted that she does not have difficulty with following written directions, making inferences, understanding humor and sarcasm, organizing ideas and information, drawing conclusions, and remembering specific course vocabulary. Hailey noted no test-taking anxiety.

### CLASSROOM OBSERVATION:

On April 10, 2008, Hailey was observed in her fifth grade classroom during continuation of speculative essay writing lesson (whole group lesson). During the teacher's explanation/modeling of the topic sentence, Hailey was attentive and alert. She volunteered to read her sentence which was appropriately worded as a question. ("Did you ever feel as if you had forgotten something but didn't know what it was?). She was able to explain how she would continue writing her essay. She appeared capable of the academic demands of the assignments. On April 22, 2008, Hailey was observed during a literature circle in her fifth grade class. The class was divided into seven small groups. Each group had a specific novel to read. The groups were directed to think about the characters, plot, events that had happens so far in the novel. Hailey's group consisted of three girls. They were reading <u>Star Girl</u>. Mrs. Ruffalo conferred with each group. When she met with Hailey's group, Hailey was able to participate in the discussion and add appropriate information. She was able to identify the heroine's character traits and defend her point of view. She also made connections to prior knowledge and made predictions of what would happen in the future chapters.

### TEACHERS' REPORTS:

Brenda Baals, Hailey's special education teacher, described Hailey as happy, motivated, and determined. Hailey is usually happy. She said that Hailey needs about as much one-to-one attention, and completes about as much schoolwork, as other girls her age. Mrs. Baals reported certain characteristics that likely facilitate Hailey's classroom performance. She noticeably increases her level of effort for difficult tasks. She always, or almost always, listens when spoken to directly, keeps her assignments and school supplies in order, follows instructions, and finishes her work. Hailey's oral responses to questions are slow

but careful. Mrs. Baals's greatest concern is the level of attention to details that Hailey demonstrates; she believes this interferes with Hailey's classroom performance from time to time. Mrs. Baals rated Hailey's levels of oral expression, listening comprehension, basic reading skill (specifically sight words), reading comprehension, mathematics calculation, mathematics reasoning, and written expression as average. Her level of basic writing skill (spelling) was rated as limited; and her structural analysis skills were also rated as limited.

Leslie Ruffalo, Hailey's general education teacher, described Hailey as motivated, sociable, and determined. At school, Hailey's mood is typical of others her age. She said that Hailey needs about as much one-to-one attention, and completes about as much schoolwork, as other girls her age. Mrs. Ruffalo reported certain characteristics that likely facilitate Hailey's classroom performance. She generally persists with difficult tasks. She always, or almost always, listens when spoken to directly, keeps her assignments and school supplies in order, follows instructions, and finishes her work. Hailey's oral responses to questions are slow but careful. Mrs. Ruffalo rated Hailey's levels of oral expression, listening comprehension, reading comprehension, mathematics calculation, mathematics reasoning, and written expression (after revisions, but first attempts are limited) as average. Her levels of basic reading skill (phonic and structural analysis skills) on first attempt are limited. Hailey's basic writing skill (spelling) was rated as limited.

Both teachers reported that Hailey frequently fails to give close attention to details or makes careless mistakes. Hailey's social interaction skills are typical for girls her age. Hailey is being instructed at the grade 5 level in basic reading skills, reading comprehension, math calculation, math reasoning, basic writing skills, and written expression. Classroom oral expression and listening comprehension demands are at the grade 5 level.

## INSTRUCTIONAL IMPLICATIONS:

Hailey appears to possess the academic skills to achieve at age level. Hailey would benefit from reminders to slow down and carefully review work presented.

## SUMMARY:

Hailey, an eleven year old seven month old girl, currently is in fifth grade at the Atlantic Avenue School. She has attended the Haddon Heights School District since kindergarten. Hailey is currently classified as "Eligible for special education and related services" under the category of "Specific Learning Disability" in May 2002. Hailey has never been retained. On the 2007 NJASK given to all New Jersey third, fourth, fifth, sixth and seventh grade public school students where scores below 200 are considered Partially Proficient, scores from 200 to 249 are considered Proficient and scores at 250 or above are considered Advanced Proficient, Hailey received a Proficient rating on the Language Arts Literacy (229) and Advanced Proficient ratings on Mathematics (254) and Science (264) sections. On the 2006 NJASK given to all New Jersey third, fourth, fifth, sixth and seventh grade public school students where scores below 200 are considered Partially Proficient, scores from 200 to 249 are considered Proficient and scores at 250 or above are considered Advanced Proficient, Hailey received a Proficient rating on the Language Arts Literacy (217) section and Advanced Proficient ratings on Mathematics (260) section. On the 2005 TerraNova Assessment, Hailey achieved a total reading score at the 32 %ile, a total math score at the 69 %ile, and a total language score at the 60 %ile with a total test score at the 53 %ile using national norms for second grade. Review of Hailey's fifth grade report indicates A's and B's in major subjects with outstanding effort noted.

Hailey came willingly to the testing situations. Hailey was polite and well mannered. She appeared at ease and comfortable during the examination. Conversation was spontaneous and appropriate. Hailey used auditory feedback to organize her thoughts and ideas. Hailey appeared to have some difficulty attending to complex verbally presented information. When required to process multi-step directions, Hailey worked at a rapid pace, with little attention to detail. Hailey appeared impulsive and careless in response to test questions,

but she generally persisted with difficult tasks. Motivation to perform well was high. Hailey preserved even when tired and frustrated. Hailey attempted unfamiliar tasks demonstrating patience and tolerance for tasks requiring a concentrated support. This should be viewed as valid current assessment of Hailey's academic functioning.

Hailey's oral language skills (oral expression and listening comprehension) are average when compared to the range of scores obtained by others at her age level. Hailey's overall level of achievement is average. Her academic knowledge and skills are in the average range for her age. Hailey's fluency with academic tasks and her ability to apply academic skills are both within the average range. When compared to others at her age level, Hailey's standard scores are average in broad reading, basic reading skills, reading comprehension, brief reading, broad mathematics, math reasoning, brief mathematics, broad written language, basic writing skills, written expression, and math calculation skills. Her standard score is low average (compared to age peers) in math calculation skills. Her knowledge of phoneme-grapheme relationships is average. No significant strengths or weaknesses were found among the scores for a selected set of Hailey's achievement areas. To help determine if any ability/achievement discrepancies exist, comparisons were made between Hailey's oral language and achievement scores. Hailey's reading, mathematics, written language and knowledge achievement is within a range that is predicted by her oral language ability. There was one notable difference between Mrs. Baals's rating of classroom performance and Hailey's measured proficiency in that area. Hailey's level of basic writing skills was rated as limited; her measured proficiency in this area can be described as average. There was also one notable difference between Mrs. Ruffalo's rating of classroom performance and Hailey's measured proficiency in that area. Similarly, Hailey's teacher rated her ability in basic writing skills as limited, but her scores suggest that she should probably find these tasks manageable. Current instructional levels as measured by the <u>Woodcock-Johnson III Tests of Achievement</u> using the normative update on April 2 and 8, 2008 are as follows:

|  | STANDARD SCORE | STANDARD SCORE RANGE | AGE PERCENTILE | FUNCTIONING LEVEL |
|---|---|---|---|---|
| **CLUSTER SCORES** | | | | |
| Oral Language (Ext) | 101 | 94-109 | 54 | Average |
| Oral Expression | 103 | 93-112 | 57 | Average |
| Listening Comprehension | 100 | 91-109 | 50 | Average |
| Broad Reading | 100 | 95-105 | 49 | Average |
| Broad Math | 90 | 85-96 | 26 | Low Average-Average |
| Broad Written Language | 97 | 90-104 | 42 | Average |
| Basic Reading Skills | 93 | 90-97 | 33 | Average |
| Reading Comprehension | 100 | 92-109 | 51 | Average |
| Math Calculation Skills | 89 | 81-98 | 31 | Low Average-Average |
| Math Reasoning | 93 | 87-98 | 32 | Low Average-Average |
| Basic Writing Skills | 98 | 92-103 | 44 | Average |
| Written Expression | 100 | 90-109 | 49 | Average |
| Academic Skills | 93 | 88-98 | 32 | Low Average-Average |
| Academic Fluency | 106 | 99-112 | 64 | Average |
| Academic Applications | 94 | 88-100 | 33 | Average |
| Academic Knowledge | 104 | 94-113 | 60 | Average |
| Phoneme/Grapheme Know. | 92 | 87-97 | 29 | Low Average-Average |

On the <u>Paragraph Reading</u> subtest, Hailey received a standard score of 8, a percentile rank of 25 and a grade equivalent of 5.0, which places her within the average range.

On informal survey of study skills, Hailey reported that she is able to gather information from reading class textbooks, observing others, audiotapes, audiovisual materials, asking questions, concrete experiences, role-playing and group discussion but not from listening to course lectures or reading directions. She noted

that reading comprehension does not present problems for her but oral reading does. Hailey reported that she has no difficulty setting up word problems in math and in solving the actual computations. She felt that she has no trouble expressing ideas precisely in writing. Hailey reported that she has difficulty becoming motivated to start work, following oral direction, understanding abstract concepts, finding the exact word to express herself orally, and sounding out unfamiliar words,. She noted that she does not have difficulty with following written directions, making inferences, understanding humor and sarcasm, organizing ideas and information, drawing conclusions, and remembering specific course vocabulary. Hailey noted no test-taking anxiety.

RECOMMENDATIONS:

All recommendations will be held in abeyance pending a full Child Study Team Staffing.

*originally sent*   *Corrected*
*4/29/08*   *May 14, 2008*

PATRICIA T. WOODLAND, M. A.   Date
*Certified Learning Disabilities*
*Teacher/Consultant*

*Corrected as reviewed in May 14, 2008 meeting*



# Haddon Heights Public Schools

Child Study Team / Office of Special Education
High Street at Seventh Avenue • 316-B Seventh Avenue • Haddon Heights, NJ 08035
Telephone (856) 547-1322          Fax (856) 547-3774

Date: 4/29/08

Re: Hailey Myers

Dear Mr. and Mrs. Myers:

Enclosed is/are recent evaluation(s) completed for your child.

( ) Social History                    ( ) Psychiatric Evaluation
( ) Psychological Assessment          ( ) Neurological Evaluation
(✓) Learning Assessment               ( ) Speech-Language Evaluation
( ) P. T. Evaluation                  ( ) Other
( ) O. T. Evaluation

If you have any questions, please feel free to contact me at 547-1322 ext 3011

/nm
Enclosures

CST folder- Completed evaluation 11-03

An Equal Opportunity Employer

**WJ III NU Compuscore and Profiles Program**
**Age Band Profile - WJ III Achievement**

Name: Myers, Hailey  School: Atlantic Avenue
Date of Birth: 08/25/1996  Grade: 5.7
Age: 11 years, 7 months
Sex: Female
Date of Testing: 04/08/2008

R-3 1(a)
11/3/08

RPIs and SSs based on age 11-7

| | AE | Instructional Zone |
|---|---|---|
| | Easy level — Difficult level | |

Hailey's chronological age = 11-7

| Test | AE Range | RPI | SS |
|---|---|---|---|
| ORAL LANGUAGE (Ext) | 9-2 / 11-11 / 16-10 | 91/90 | 101 |
| ORAL EXPRESSION | 9-1 / 12-3 / 16-1 | 92/90 | 103 |
| LISTENING COMPREHENSION | 9-3 / 11-8 / 17-10 | 90/90 | 100 |
| BRIEF ACHIEVEMENT | 9-6 / 10-5 / 11-10 | 78/90 | 94 |
| BRIEF READING | 9-9 / 11-0 / 12-9 | 86/90 | 98 |
| BRIEF MATH | 9-2 / 10-1 / 11-4 | 72/90 | 90 |
| BRIEF WRITING | 8-8 / 10-2 / 12-3 | 81/90 | 93 |
| BROAD READING | 9-11 / 11-6 / 13-7 | 90/90 | 100 |
| BROAD MATH | 9-1 / 10-3 / 11-11 | 78/90 | 90 |
| BROAD WRITTEN LANGUAGE | 9-5 / 11-1 / 13-5 | 87/90 | 97 |
| BASIC READING SKILLS | 9-2 / 10-1 / 11-4 | 72/90 | 93 |
| READING COMPREHENSION | 9-9 / 11-8 / 14-4 | 90/90 | 100 |
| MATH CALCULATION SKILLS | 9-0 / 10-5 / 12-3 | 81/90 | 89 |



2-3  2-9  3-3  4-0  5-0  6-0 7-0 8-0  10-0  12  14  16 18  21  25  32
2-0  2-6  3-0  3-6  4-6  5-6 6-6 7-6  9-0  11-0 13  15 17 19  23  27

Age Band Profile- WJ III Achievement
Myers, Hailey
April 8, 2008

Page 2

*Halley's chronological age = 11-7*

| Test | Band | RPI | SS |
|---|---|---|---|
| MATH REASONING | 10-2 (9-3 — 11-8) | 76/90 | 93 |
| BASIC WRITING SKILLS | 11-1 (9-8 — 13-0) | 87/90 | 98 |
| WRITTEN EXPRESSION | 11-6 (9-7 — 14-5) | 90/90 | 100 |
| ACADEMIC SKILLS | 10-6 (9-6 — 11-9) | 78/90 | 93 |
| ACADEMIC FLUENCY | 12-6 (10-2 — 15-6) | 93/90 | 106 |
| ACADEMIC APPLICATIONS | 10-4 (9-0 — 12-7) | 82/90 | 94 |
| ACADEMIC KNOWLEDGE | 12-3 (10-6 — 14-5) | 93/90 | 104 |
| PHONEME/GRAPHEME KNOWLEDGE | 9-4 (8-2 — 11-7) | 75/90 | 92 |
| BRIEF ACHIEVEMENT | | | |
| — Letter-Word Identification | 10-9 (9-11 — 12-0) | 81/90 | 96 |
| — Spelling | 10-5 (9-2 — 12-2) | 81/90 | 95 |
| — Applied Problems | 10-1 (9-2 — 11-4) | 72/90 | 93 |

Scale: 2-0  2-3  2-6  2-9  3-0  3-3  3-6  4-0  4-6  5-0  5-6  6-0  6-6  7-0  7-6  8-0  9-0  10-0  11-0  12  13  14  15  16  17  18  19  21  23  25  27  32

Age Band Profile- WJ III Achievement  
Myers, Hailey  
April 8, 2008  
Page 3

*Hailey's chronological age = 11-7*

**READING (Grw)**

| Subtest | Age Range | RPI | SS |
|---|---|---|---|
| Letter-Word Identification | 9-11 / 10-9 / 12-0 | 81/90 | 96 |
| Reading Fluency | 10-9 / 12-11 / 15-3 | 95/90 | 106 |
| Passage Comprehension | 9-6 / 11-6 / 14-11 | 90/90 | 100 |
| Word Attack | 8-2 / 9-0 / 10-4 | 61/90 | 91 |
| Reading Vocabulary | 9-11 / 11-9 / 14-1 | 91/90 | 101 |
| Sound Awareness | 10-7 / 14-3 / >30 | 95/90 | 110 |

**ORAL LANGUAGE (Gc)**

| Subtest | Age Range | RPI | SS |
|---|---|---|---|
| Story Recall | 9-1 / >20 / >20 | 95/90 | 116 |
| Understanding Directions | 7-6 / 9-3 / 12-10 | 80/90 | 90 |
| Picture Vocabulary | 9-0 / 11-0 / 13-2 | 87/90 | 98 |
| Oral Comprehension | 11-1 / 14-8 / 23 | 95/90 | 107 |

**MATHEMATICS (Gq)**

| Subtest | Age Range | RPI | SS |
|---|---|---|---|
| Calculation | 9-3 / 10-2 / 11-4 | 71/90 | 88 |
| Math Fluency | 8-5 / 11-1 / 14-8 | 88/90 | 97 |
| Applied Problems | 9-2 / 10-1 / 11-4 | 72/90 | 93 |
| Quantitative Concepts | 9-3 / 10-5 / 12-0 | 79/90 | 93 |

Scale: 2-0  2-3  2-6  2-9  3-0  3-3  3-6  4-0  4-6  5-0  6-0  6-6  7-0 7-6  8-0  9-0  10-0  11-0  12  13  14  15  16  17  18  19  21  23  25  27  32

Age Band Profile- WJ III Achievement
Myers, Hailey
April 8, 2008

Page 4





WJ III NU Compuscore and Profiles Program
Grade Band Profile - WJ III Achievement

Name: Myers, Hailey
Date of Birth: 08/25/1996
Age: 11 years, 7 months
Sex: Female
Date of Testing: 04/08/2008

School: Atlantic Avenue
Grade: 5.7

RPIs and SSs based on grade 5.7

GE | Instructional Zone
Easy level — Difficult level

Hailey's grade placement = 5.7

| Cluster | GE | Easy | Difficult | RPI | SS |
|---|---|---|---|---|---|
| ORAL LANGUAGE (Ext) | 6.5 | 3.9 | 11.3 | 92/90 | 104 |
| ORAL EXPRESSION | 6.8 | 3.7 | 10.6 | 93/90 | 104 |
| LISTENING COMPREHENSION | 6.2 | 3.9 | 12.3 | 92/90 | 102 |
| BRIEF ACHIEVEMENT | 5.1 | 4.1 | 6.4 | 84/90 | 96 |
| BRIEF READING | 5.6 | 4.4 | 7.4 | 90/90 | 100 |
| BRIEF MATH | 4.7 | 3.8 | 6.0 | 78/90 | 92 |
| BRIEF WRITING | 4.8 | 3.4 | 6.9 | 84/90 | 95 |
| BROAD READING | 6.1 | 4.6 | 8.1 | 92/90 | 103 |
| BROAD MATH | 4.9 | 3.7 | 6.5 | 83/90 | 93 |
| BROAD WRITTEN LANGUAGE | 5.7 | 4.0 | 8.0 | 90/90 | 100 |
| BASIC READING SKILLS | 4.7 | 3.8 | 6.0 | 78/90 | 95 |
| READING COMPREHENSION | 6.2 | 4.4 | 8.9 | 92/90 | 103 |
| MATH CALCULATION SKILLS | 5.0 | 3.7 | 6.8 | 85/90 | 92 |

Scale: K.0 K.5 1.0 1.5 2.0 2.5 3.0 3.5 4.0 5.0 6.0 7.0 8.0 9.0 10.0 11.0 12.0 14.0 16.0 18.0

Grade Band Profile- WJ III Achievement
Myers, Hailey
April 8, 2008

Page 2

*Hailey's grade placement = 5.7*

| | | RPI | SS |
|---|---|---|---|
| MATH REASONING | 4.8 (3.9 – 6.3) | 82/90 | 95 |
| BASIC WRITING SKILLS | 5.7 (4.3 – 7.6) | 90/90 | 100 |
| WRITTEN EXPRESSION | 6.1 (4.3 – 9.0) | 92/90 | 103 |
| ACADEMIC SKILLS | 5.1 (4.1 – 6.4) | 84/90 | 96 |
| ACADEMIC FLUENCY | 7.1 (4.9 – 10.0) | 95/90 | 110 |
| ACADEMIC APPLICATIONS | 5.0 (3.7 – 7.1) | 85/90 | 96 |
| ACADEMIC KNOWLEDGE | 6.8 (5.2 – 8.9) | 95/90 | 107 |
| PHONEME/GRAPHEME KNOWLEDGE | 3.9 (2.8 – 6.2) | 78/90 | 93 |
| **BRIEF ACHIEVEMENT** | | | |
| Letter-Word Identification | 5.4 (4.5 – 6.6) | 87/90 | 99 |
| Spelling | 5.1 (3.8 – 6.7) | 85/90 | 97 |
| Applied Problems | 4.7 (3.9 – 6.0) | 78/90 | 94 |

Scale: K.0  K.5  1.0  1.5  2.0  2.5  3.0  3.5  4.0  5.0  6.0  7.0  8.0  9.0  10.0  11.0  12.0  14.0  16.0  18.0

Grade Band Profile- WJ III Achievement
Myers, Halley
April 8, 2008
Page 3

*Halley's grade placement = 5.7*

| READING (Grw) | Range | Score | RPI | SS |
|---|---|---|---|---|
| Letter-Word Identification | 4.5 – 6.6 | 5.4 | 87/90 | 99 |
| Reading Fluency | 5.3 – 9.8 | 7.5 | 96/90 | 109 |
| Passage Comprehension | 4.1 – 9.5 | 6.1 | 92/90 | 102 |
| Word Attack | 2.8 – 5.0 | 3.7 | 66/90 | 92 |
| Reading Vocabulary | 4.6 – 8.6 | 6.3 | 93/90 | 104 |
| Sound Awareness | 5.2 – 13.0 | 8.8 | 96/90 | 113 |

| ORAL LANGUAGE (Gc) | Range | Score | RPI | SS |
|---|---|---|---|---|
| Story Recall | 3.8 – >13.3 | >13.3 | 95/90 | 117 |
| Understanding Directions | 2.2 – 7.4 | 3.9 | 82/90 | 92 |
| Picture Vocabulary | 3.7 – 7.8 | 5.6 | 90/90 | 100 |
| Oral Comprehension | 6.7 – 13.0 | 9.2 | 96/90 | 109 |

| MATHEMATICS (Gq) | Range | Score | RPI | SS |
|---|---|---|---|---|
| Calculation | 3.9 – 5.9 | 4.7 | 78/90 | 91 |
| Math Fluency | 3.1 – 9.2 | 5.7 | 90/90 | 100 |
| Applied Problems | 3.9 – 6.0 | 4.7 | 78/90 | 94 |
| Quantitative Concepts | 3.9 – 6.6 | 5.0 | 84/90 | 95 |

Scale: K.0  K.5  1.0  1.5  2.0  2.5  3.0  3.5  4.0  5.0  6.0  7.0  8.0  9.0  10.0  11.0  12.0  14.0  16.0  18.0

Grade Band Profile- WJ III Achievement
Myers, Hailey
April 8, 2008

Page 4

*Hailey's grade placement = 5.7*



| | | RPI | SS |
|---|---|---|---|
| Spelling | 5.1 (3.8–6.7) | 85/90 | 97 |
| Writing Fluency | 7.6 (5.6–13.0) | 96/90 | 112 |
| Writing Samples | 4.4 (2.8–7.1) | 83/90 | 94 |
| Editing | 6.4 (4.9–8.7) | 93/90 | 103 |
| Spelling of Sounds | 4.7 (2.7–10.1) | 87/90 | 96 |
| Punctuation & Capitalization | 5.5 (4.0–7.6) | 89/90 | 99 |
| Story Recall-Delayed | >17.8 (3.9–>17.8) | 96/90 | 123 |

WRITTEN LANGUAGE (Grw)

DELAYED RECALL

