IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| H.M., by her parents, B.M. and R.M., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>HADDON HEIGHTS BOARD OF EDUCATION,<br><br>                Defendant. | Civil No. 09-4293 (NLH/AMD) |

### **SCHEDULING ORDER**

       This Scheduling Order confirms the directives given to counsel during the telephone status conference on June 7, 2010; and the Court noting the following appearances: Amelia Carolla, Esquire, appearing on behalf of the plaintiffs; and Kelly M. Estevam, Esquire, appearing on behalf of the defendant.

       IT IS this **7th** day of **June 2010**, hereby **ORDERED**:

       1. The Court will conduct a telephone status conference on **August 12, 2010 at 11:00 A.M.**. Counsel for plaintiffs shall initiate the telephone call.

       **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                               s/ Ann Marie Donio
                                               ANN MARIE DONIO
                                               United States Magistrate Judge

cc: Hon. Noel L. Hillman