IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| H.M., by her Parents, B.M. and R.M., and B.M. and R.M., individually,<br><br>    Plaintiffs,<br>     v.<br><br>HADDON HEIGHTS BOARD OF EDUCATION,<br><br>    Defendant. | CIVIL NO. 09-4293(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

**IT IS HEREBY** on this 22nd day of June, 2010

**ORDERED** that Plaintiffs' "Motion to Supplement Administrative Record" [7] is **GRANTED**.

                                             s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.