IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| H.M., by her Parents, B.M. and R.M., and B.M. and R.M., individually,<br><br>    Plaintiffs,<br>     v.<br><br>HADDON HEIGHTS BOARD OF EDUCATION,<br><br>    Defendant. | CIVIL NO. 09-4293(NLH)(AMD)<br><br>**ORDER** |

**APPEARANCES:**

CATHERINE MERINO REISMAN
REISMAN CAROLLA LLP
19 Chestnut Street
HADDONFIELD, NJ 08033-1810

    On behalf of Plaintiffs

JOSEPH F. BETLEY
CAPEHART & SCATCHARD, P.A.
LAUREL CORPORATE CENTER - SUITE 300
8000 MIDLANTIC DRIVE - C.S. 5016
MOUNT LAUREL, NJ 08054

    On behalf of Defendant

**HILLMAN**, District Judge

    For the reasons expressed in the Court's Opinion entered today,

    **IT IS** this 27th day of September, 2011,

    **ORDERED** that plaintiffs' motion for summary judgment [21] is denied, and defendant's cross-motion for summary judgment [26] is granted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as closed.

                                                 S/Noel L. Hillman

At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.